Argued April 19, affirmed April 19, petition for rehearing denied
May 27, petition for review denied July 14, 1971

STATE OF OREGON, *Respondent, v.*
BRIAN TABOR HALL, *Appellant.*

483 P2d 831

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

MEMORANDUM DECISION.